LAW LIBRARY

NO. 29427

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREGORY BARNETT,
Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 APR 26 PM 1:14

FILED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(SPP NO. 08-1-0004; CR. NO. 92-0196)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

March 18, 2010 by Petitioner/Petitioner-Appellant Gregory Barnett

is hereby rejected.

DATED: Honolulu, Hawai'i, April 26, 2010.

FOR THE COURT:

Associate Justice



Gregory Barnett,
petitioner/petitioner-
appellant, pro se,
on the application.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.